```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :   INFORMATION
                              :
         - v. -               :   07 Cr.
                              :
SAILE PARRA,                  :
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - - x
```



ORIGINAL

07 CRIM. 290

## COUNT ONE

The United States Attorney charges:

1. From in or about September 2006 through in or about November 2006, SAILE PARRA, the defendant, together with others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the laws of the United States.

2. It was a part and an object of said conspiracy that SAILE PARRA, the defendant, and others known and unknown, would and did transport, transmit, and transfer in interstate or foreign commerce any goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, to wit, SAILE PARRA, the defendant, and others known and unknown did steal more than $1,500,000 worth of perfume products and transport them in interstate commerce, in violation of 18 U.S.C. § 2314.

### OVERT ACTS

3. In furtherance of the conspiracy and to effect its

illegal objects, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about September 13, 2006, the defendant, SAILE PARRA, made a phone call to a co-conspirator.

   b. On or about October 30, 2006, the defendant, SAILE PARRA, drove a co-conspirator to Jersey City, New Jersey.

  (Title 18, United States Code, Section 371.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney