UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

UNITED STATES OF AMERICA,          :

v.                                 :

                                             07 Cr.

SAILE PARRA,                       :

        Defendant.                 :

---------------------------------x

**07 CRIM. 290**

      **SAILE PARRA,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 371, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                                   _____
                                                                                    Defendant.

                                                                                    _____
                                                                                    Counsel for Defendant.

Date:  White Plains, New York
       ~~March __, 2007~~
       April 12, 2007
       April 12, 2007

Court exh 1