SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States            Plaintiff,

- against -

Saile Parra             Defendant.

07 CRIM 290 (CLB)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, _____ a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Justin Christodoro
Firm Name:
Address: 184 GRAND AVE
City/State/Zip: Englewood NJ 07631
Phone Number: 201-871-0079
Fax Number: 201-871-0310

Justin Christodoro is a member in good standing of the Bar of the States of New Jersey

There are no pending disciplinary proceeding against Justin Christodoro in any State or Federal court.

Dated: 4-11-07
City, State: White Plains, NY

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name:
Address:
City/State/Zip:
Phone Number:
Fax Number:

SDNY Form Web 10/2006