SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ Plaintiff,

- against -

Saile Parra          Defendant.

**07 CRIM. 290**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of Saile Parra, Justin Christodoro attorney for _____ and said sponsor attorney's affidavit declaration that applicant Justin Christodoro is a member in good standing of the bar(s) of the state(s) of New Jersey;

and that applicant's contact information is as follows (please print):

Applicant's Name: Justin Christodoro
Firm Name: 
Address: 184 Grand Avenue
City/State/Zip: Englewood, NJ 07631
Telephone/Fax: (201) 871-0079
Email Address: justinpaullaw@yahoo.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Saile Parra in the above entitled action;

**IT IS HEREBY ORDERED** that Justin Christodoro, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 4/12/07
City, State: White Plains, NY

_____
United States District/Magistrate Judge

**MARK D. FOX**
United States Magistrate Judge
Southern District of New York

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006

*Stamps: U.S. District Court Filed APR 13 2007 S.D. of N.Y.; FILED 2007 APR 11 A 9:24 U.S. DISTRICT COURT S.D.N.Y. W.P.; USDC SD NY WP MICROFILM APR 13 2007*