UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITES STATES OF AMERICA ) | CONSENT TO PROCEED BEFORE |
| ) | A UNITED STATES MAGISTRATE |
| ) | JUDGE ON A FELONY PLEA |
| -Against- ) | ALLOCUTION |
| ) | |
| ) | DOCKET NO. _____ |
| _Laile Parra_ ) | **07 CRIM. 290** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     The undersigned defendant, advised by his or her undersigned attorney, hereby, consents pursuant to the Standing Order of the Court dated May 2, 1994, that the proceedings required by Rule 11, Fed. R. of Cr. P. for me to enter a plea of guilty in my case, or to change my plea, if one has been previously been made, from a not guilty to guilty, shall be conducted before a United States Magistrate Judge subject to review and approval by the District Judge assigned or to be assigned to my case.

     I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

     IN WITNESS WHEREOF we have executed this consent this ___12th___ day of ___April___, 2007 at ___SD___ of _____ New York.

X _____     X _____
    Defendant                                  Attorney for Defendant

Accepted by: _____
               United States Magistrate Judge

**MARK D. FOX**
United States Magistrate Judge
Southern District of New York