*Bail is set at $50,000 PRB to be co-signed by 2 FRP - SDNY*
*Defendant is to surrender his passport no later than 12:00PM on 04-13-07*

# United States District Court

*Defendant is not to make application for new passport.*
*Def is to have additional Co-Signer to sign this Bond before NOON April 13th 2007.*

─── DISTRICT OF ───

UNITED STATES OF AMERICA

v.

Saile Parra
_____
Defendant

**APPEARANCE BOND**

CASE NUMBER: 07 CRIM 290

[STAMP: U.S. DISTRICT COURT FILED APR 12 2007 W.P.N.Y.]

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
Surety:  We, the undersigned, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 50,000 , and there has been deposited in the Registry of the Court the sum of $_____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant  Saile Parra
                                                    (name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on  12th of April, 2007  at  USDC/SDNY
                        Date                     Place

Defendant.  _[signature]_                  Address.  58 Howard St, Paterson NJ 07501
Surety.  Angeli Parra                      Address.  136 Danforth Ave, Paterson N.J. 07501
Surety.  _____                       Address.  _____

Signed and acknowledged before me on  04-12-07
                                       Date

_David_ _[signature]_
_____
Judicial Officer/Clerk

Approved: _____
          Judicial Officer