Saive Tarva

07 CRIM  290

Page ___ of ___ Pages

AO199B (Rev.8/97) Additional Conditions of Release

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

( ) (7) The defendant shall:
( ) (a) maintain or actively seek employment.
( ) (b) maintain or commence an educational program.
( ) (c) abide by the following restrictions on his personal associations, place of abode, or travel:
_____
_____

( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
_____

(✓) (e) report on a regular basis to the supervising officer.
( ) (f) comply with the following curfew: _____
(✓) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
( ) (h) refrain from excessive use of alcohol.
( ) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
( ) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
( ) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property _____
( ) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
( ) (m) execute a bail bond with solvent sureties in the amount of $ _____
( ) (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
(✓) (o) surrender any passport to _____
(✓) (p) obtain no passport.
( ) (q) submit to urine analysis testing upon demand of the supervising officer.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
( ) (s) submit to an electronic monitoring program as directed by the supervising officer.
( ) (t)

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHALL