# UNITED STATES DISTRICT COURT
## 300 QUARROPAS STREET
## WHITE PLAINS, N.Y. 10601
## TEL: 914-390-4127

CHAMBERS OF THE HONORABLE
MARK D. FOX U.S. MAGISTRATE JUDGE

**MEMORANDUM**

*U.S. DISTRICT COURT
FILED
APR 17 2007
S.D. W.P. OF N.Y.*

DATE: April 17, 2007

TO:     Honorable Charles I. Brieant

FROM: Mark D. Fox, U.S. Magistrate Judge

RE:     Transcript of Guilty Plea

On **April 12, 2007** the Rule 11 allocution was completed in the matter of **United States of America -v- Saile Parra, 07cr0290(CLB)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted,

Mark D. Fox
**U.S. Magistrate Judge**

MICROFILM
APR 1 8 2007
USDC SDNY WP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____