**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 10, 2007

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Saile Parra**
               **07 Cr. 290 (CLB)**

Dear Judge Brieant:

    This letter will confirm that, as per my conversation with Your Honor's clerk, the sentencing hearing for the above-captioned case will be rescheduled from July 11, 2007, at 9:30 a.m., to October 9, 2007, at 9:00 a.m.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

               By:      */s/ Nola Heller*
                         Nola B. Heller
                         Assistant United States Attorney
                         (914) 993-1939

cc:      Justin Christodoro, Esq. (By Fax)