

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 2, 2007

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Saile Parra**
               **07 Cr. 290 (CLB)**

Dear Judge Brieant:

      This letter will confirm that, as per my conversation with Your Honor's clerk, the sentencing hearing for the above-captioned case will be rescheduled from October 9, 2007, at 9:00 a.m. to January 3, 2008, at 9:30 a.m.

                                   Respectfully submitted,

                                     MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York

                 By:  */s/ Nola Heller*
                        Nola B. Heller
                        Assistant United States Attorney
                        (914) 993-1939

cc:    Justin Christodoro, Esq. (By Fax)