UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA                   Case No. 07 Cr. 290 (JB)

    -against-                                **NOTICE OF APPERANCE**

SAILE PARRA

                            Defendant.
-------------------------------------------------------------X

TO: CLERK OF COURT S.D.N.Y.

SIR:

    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION

    I AM APPEARING IN THIS ACTION

    1. [ ] CJA    2. [ X ] RETAINED    3. [ ] PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [ X ] YES -IF YES GIVE YOUR
                                ADMISSION. MO. JANUARY  YR. 1985

    I DO HEREBYCERTIFY THAT I FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: BRONX, NEW YORK
       DECEMBER 20, 2007

                                              SIGNATURE: JUSTIN LEVINE

                                              JUSTIN LEVINE, ESQ.
                                              Attorney for Defendant

                                              SEIJAS, LEVINE & GREIFINGER
                                              Firm name if any

                                              191 East 161 Street
                                              Street Address

                                              Bronx       New York      10451
                                              City          State         Zip

                                              (718)992-9600
                                              Telephone