UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA                    Case No. 07 Cr. 290 (JB)

        -against-                              **NOTICE OF APPERANCE**

SAILE PARRA

                     Defendant.
----------------------------------------------------------X

TO: CLERK OF COURT S.D.N.Y.

SIR:

      YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT
INDICATED ABOVE IN THE ENTITLED ACTION

      I AM APPEARING IN THIS ACTION

     1.  [  ] CJA        2.  [ X ] RETAINED      3.  [  ] PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT [  ] NO  [ X] YES  -IF YES GIVE YOUR
                            ADMISSION. MO. <u>JANUARY</u>  YR. <u>1985</u>

      I DO HEREBYCERTIFY THAT I FILED OR WILL FILE A CERTIFICATE OF GOOD
STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF
THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: BRONX, NEW YORK
          DECEMBER 20, 2007

                        SIGNATURE: <u>JUSTIN LEVINE_____</u>

                        <u>JUSTIN LEVINE, ESQ._____</u>
                        Attorney for Defendant

                        <u>SEIJAS, LEVINE & GREIFINGER_____</u>
                        Firm name if any

                        <u>191 East 161 Street_____</u>
                        Street Address

                        <u>Bronx      New York    10451_____</u>
                        City         State        Zip

                        <u>(718)992-9600_____</u>
                        Telephone